U.S. District Court
Southern District
Houston Division
P.O. Box 61010
Houston Texas 77208

UNITED STATES COURT
SOUTHERN DISTRICT OF TX
FILED

DEC 0 5 2012

David J. Bradley, Clerk of Court

Re: Brown v. Beto
    C.A. 69-H-74

Dear Clerk

I am inquiring if there has been a motion to vacate filed in the above entitled and styled case. I understand that this case is from 1977 but there has been a discussion about the validity of the case and whether or not the class action order still stands.

If there has been a motion to vacate filed in this case please let me know. To that end I have enclosed a self addressed stamped envelope.


Thanks

*James De Moss*

James De Moss
#894554
French M. Robertson
12071 F.M. 3522
Abilene Tx. 79601

James DeMoss
894354
French M. Robertson
12071 FM 3522
Abilene TX 79601

UNITED STATES COURT
SOUTHERN DISTRICT OF T...
FILED
DEC 0 5 2012
David J. Bradley, Clerk of Court

7720831010

03 DEC 2012
ABILENE TX

Clerk of the Court
U.S. District Court
PO Box 61010
Houston TX 77208