IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BOBBY R. BROWN, Individually and on Behalf of all others similarly situated,<br>    *Plaintiffs,*<br><br>v.<br><br>BRAD LIVINGSTON, in his official capacity as Executive Director of the Texas Department of Criminal Justice,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 4:69-cv-0074<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT LIVINGSTON'S DESIGNATION OF WITNESSES**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Defendant Brad Livingston, in his official capacity as Executive Director of the Texas Department of Criminal Justice, through the Office of the Attorney General, submits his **Designation of Witnesses**. In support thereof, Defendant respectfully offers the following:

<u>**PROBABLE WITNESSES**</u>

1. **Chaplain Bill Pierce**
   TDCJ Director of Chaplaincy Operations
   P. O. Box 99
   Huntsville, TX

   Chaplain Pierce is the Director of Chaplaincy Operations. He will testify as to his knowledge of relevant TDCJ Chaplaincy policies, services and operations. He can testify as to his observations, actions, impressions and opinions, of the actions of the parties which form the basis of this suit.

2. **Chaplain Akbar Shabazz**
   Muslim Area Chaplain
   c/o TDCJ Director of Chaplaincy Operations
   P. O. Box 99
   Huntsville, TX

   Chaplain Shabazz is a Muslim Area Chaplain for the TDCJ Chaplaincy Department. He will testify as to his knowledge of Muslim services and chaplaincy services operations.

3. **Chaplain Omar Shakir**
   Muslim Area Chaplain
   c/o TDCJ Director of Chaplaincy Operations
   P. O. Box 99
   Huntsville, TX

   Chaplain Skakir is a Muslim Area Chaplin for the TDCJ Chaplaincy Department. He will testify as to his knowledge of Muslim services and chaplaincy services operations. He can testify as to his observations, actions, impressions and opinions, of the actions of the parties which form the basis of this suit.

4. **Robert Eason**
   TDCJ-Correctional Institutions Division Deputy Director
   c/o Celamaine Cunniff, Assistant Attorney General
   P.O. Box 12548, Capitol Station
   Austin TX 78711

   Director Eason will testify as to the security, staffing, operations, and operational costs concerns of TDCJ in response to the Class' allegations. He can testify as to his observations, actions, impressions and opinions, of the actions of the parties which form the basis of this suit. He will testify as to TDCJ policy and procedure as applicable to this suit. He will testify as an expert for TDCJ.

5. **Paula Gilbert**
   Section Director - Employment
   TDCJ Human Resources
   c/o Celamaine Cunniff, Assistant Attorney General
   P.O. Box 12548, Capitol Station
   Austin TX 78711

   Ms. Gilbert is the Section Director of the Employment Section of the Human Resouces Division of TDCJ. Ms. Gilbert will testify as to staff shortages and TDCJ's inability to be fully staff at its facilities and the reasons for the shortages.

6. **Sherry Koenig or her designee**
   Budget Director of TDCJ's Budget & Finance Division
   c/o Celamaine Cunniff, Assistant Attorney General
   P.O. Box 12548, Capitol Station
   Austin TX 78711

   Ms. Koenig will testify as to TDCJ's budget and budget procedures. Ms. Koenig will

provide testimony as to salary schedules, the agency's FTE cap, and other budgetary matters. Ms. Koenig will testify as to any other matter which falls within her purview.

7. **Jennifer Gonzalez or her designee**
   Deputy Budget Director of TDCJ's Budget & Finance Division
   c/o Celamaine Cunniff, Assistant Attorney General
   P.O. Box 12548, Capitol Station
   Austin TX 78711

   Ms. Gonzalez will testify as to TDCJ's budget and budget procedures. Ms. Gonzalez will provide testimony as to salary schedules, the agency's FTE cap, and other budgetary matters. Ms. Gonzalez will testify as to any other matter which falls within her purview.

8. **Assistant Warden Calvin Davis**
   Connally Unit
   899 FM 632
   Kenedy, Tx 78119

   Assistant Warden Davis will testify as to his personal knowledge of incidents involving religious services which demonstrate the need for supervision at religious services. He will testify as to building operations and staffing issues as to religious services. He will testify as to his knowledge of relevant TDCJ policies as applicable.

9. **Senior Warden Samuel Seale**
   Dominguez State Jail
   6535 Cagnon Road
   San Antonio, Tx 78252

   Senior Warden Seale will testify as to his personal knowledge of incidents involving religious services which demonstrate the need for supervision at religious services. He will testify as to building operations and staffing issues as to religious services. He will testify as to his knowledge of relevant TDCJ policies as applicable.

10. **Kelvin Scott**
    Region II Director
    TDCJ - CID
    P. O. Drawer 400
    Tennessee Colony, Tx 75861

    Regional Director Scott will testify as to incidents involving religious services which occurred in Region II and demonstrates the need for supervision at religious services. He will testify as to building operations and staffing issues as to religious services. He will testify as to his knowledge of relevant TDCJ policies as applicable.

11. **An Official of the Florida Department of Corrections**[1]
    Florida

    An Official of the Florida Department of Corrections may testify as to their procedures for providing supervision at religious services. The Official may testify as to any other issues which is within his or her personal knowledge regarding the operations of the Florida Department of Corrections.

    Defendant reserves the right to call any witness listed on the Class' witness list.

    Defendant reserves the right to call any witness listed on the Dissenting Class' witness list.

    Defendant reserves the right to call any witness listed on Intervenor Scott's witness list.

    Defendant reserves the right to amend this list reasonably before trial.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        DAVID C. MATTAX
        Deputy Attorney General for Defense Litigation

        KAREN D. MATLOCK
        Assistant Attorney General
        Chief, Law Enforcement Defense Division

        /s/ Celamaine Cunniff
        CELAMAINE CUNNIFF
        Assistant Attorney General
        Attorney-In-Charge
        State Bar No. 05231500
        Southern Dist ID No. 30920
        cela.cunniff@texasattorneygeneral.gov

---

[1] Defendant will supplement this Designation with the name of the Florida DOC official when it becomes available.

        NADINE F. PHILLPOTTS
        Assistant Attorney General
        State Bar No. 24058045
        Southern Dist ID No. 939905
        nadine.phillpotts@texasattorneygeneral.gov

        P.O. Box 12548, Capitol Station
        Austin, Texas  78711
        Phone (512) 463-2080
        Fax No. (512) 495-9139

        **ATTORNEYS FOR DEFENDANT LIVINGSTON**

## NOTICE OF ELECTRONIC FILING

    I, CELAMAINE CUNNIFF, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and forgoing **Defendant Livingston's Designation of Witnesses** in accordance with the Electronic Case Files system of the Southern District of Texas, on this 9th day of September, 2013.

        /s/ Celamaine Cunniff
        CELAMAINE CUNNIFF
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CELAMAINE CUNNIFF**, Assistant Attorney General of Texas, certify that a true and correct copy of **Defendant Livingston's Designation of Witnesses** has been served by electronic means to the following counsel on this 9th day of September, 2013:

Mr. Gerald N. Birnberg
Williams, Birnberg & Anderson, LLP
2000 Bering Drive, Ste. 909
Houston, TX 77057-3732
*Counsel for Plaintiffs' Class*

Mr. Edward A. Mallett
Mallett Saper Berg, LLP
600 Travis St., Ste. 1900
Houston, TX 77002-2911
*Counsel for Plaintiffs' Class*

Mr. Scott Medlock
Mr. Brian McGiverin
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX. 78741-3438
*Counsel for Dissenting Class Members*

Deborah Carleton Milner
Christina Robles
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Counsel for William Scott

        /s/ Celamaine Cunniff
       CELAMAINE CUNNIFF
       Assistant Attorney General