IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY R. BROWN, individually and on behalf of all others similarly situated | § § § | |
| *Plaintiffs* | § § | CIVIL ACTION NO. 4:69-cv-0074 |
| | § § | |
| v. | § § | |
| | § § | |
| DR. GEORGE J. BETO, Individually and as Director of the Texas Department of Corrections; C.L. ADAMS, Individually and As Warden of the Ellis Unit of Said Department; and BOBBY E. TAYLOR, Individually and as Assistant Warden of the Ellis Unit of Said Department | § § § § § § § § § | |
| *Defendants.* | § | |

## **INTERVENOR WILLIAM SCOTT'S WITNESS LIST**

Intervenor William Scott ("Scott") files this witness list for any hearing or trial the Court may hold on Defendants' Motion to Terminate Consent Decree. Scott may call the following witnesses:

1. William Scott
c/o Deborah C. Milner
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002

2. John Wesley Chisum, TDCJ # 00583411
Huntsville Unit, Texas Department of Criminal Justice

3. Michael A. Krause
No current address

4. Timothy Barnett, TDCJ # 01826708
Ramsey I Unit, Texas Department of Criminal Justice

1

5. Larry Hart
    Chaplain Texas Department of Criminal Justice
    c/o Celamaine Cunniff, Assistant Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas  78711

6. Bill Pierce
    c/o Celamaine Cunniff, Assistant Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas  78711

7. Brad Livingston
    c/o Celamaine Cunniff, Assistant Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas  78711

7. Any witness listed on any other party's witness list

Scott reserves the right to amend this witness list.

Respectfully submitted,

/s/ Deborah C. Milner
Deborah C. Milner
   State Bar No. 24065761
   S.D. Tex. No. 971677
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2381
Fax: 713.615.5040
Email: cmilner@velaw.com

*Attorney for Intervenor William Ernest Scott*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court pursuant to Local Rule CV-5.1.

In addition, I served the following parties by first-class mail:

2

Harvey Dale Angel, TDCJ #638529
The Walls Unit
815 12th Street
Huntsville, Texas  77348

Michael Hosea, TDCJ #711435
Polunshy Unity
3872 FM 350 South
Livingston, TX 77351

/s/ Deborah C. Milner
Deborah C. Milner