UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY R. BROWN, Individually and on Behalf of all others similarly situated<br>    Plaintiffs,<br>v.<br><br>BRAD LIVINGSTON, in his official capacity as Executive Director of the Texas Department of Criminal Justice<br>    Defendants | § § § § § § § § § § | CIVIL ACTION NO.<br><br>4:69-CV-0074 |

## MUSLIM INTERVENERS' WITNESS LIST

Muslim Interveners respectfully file this list of witnesses for any evidentiary hearing on Defendants' Motion to Terminate the *Brown v. Livingston* Consent Decree.

1. Kenneth Hickman, TDCJ No. 00665874
   McConnell Unit
   Beeville, TX

2. Lonnie Collins, TDCJ No. 575296
   Ellis Unit
   Huntsville, TX

3. Lamont Wilson, TDCJ No. 759951
   Robertson Unit
   Abilene, TX

4. Tyrone Day, TDCJ No. 539485
   Coffield Unit
   Tennessee Colony, TX

5. Kenneth Pryor, TDCJ No. 1060781
   Connally Unit
   Kenedy, TX

6. Torrance Flemings, TDCJ No. 1369010
   Connally Unit
   Kenedy, TX

7. Any witness listed on the witness list of any other party to this case.

The Muslim Interveners further reserve their right to amend this list of witnesses.

Dated: September 9, 2013.

Respectfully submitted,

/s/ Brian McGiverin
Brian McGiverin
Texas Bar No. 24067760
S. Dist. No. 1123075

Scott Medlock
Texas Bar No. 24044783
S. Dist. No. 608457

James C. Harrington
Texas Bar No. 09048500
S. Dist. No. 4025

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741-3438
Tel. (512) 474-5073
Fax (512) 474-0726

Amin Alehashem
Texas Bar No. 24073832
S. Dist. No. 1134538

TEXAS CIVIL RIGHTS PROJECT-HOUSTON
2500 East T.C. Jester Blvd., Ste. 285
Houston, TX 77008
Tel. (832) 767-3650
Fax (832) 554-9981

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

/s/ Brian McGiverin
Brian McGiverin